**Opinion issued December 2, 2021**



In The

# Court of Appeals

### For The

# First District of Texas

————————————

### NO. 01-21-00515-CV

————————————

## IN RE MAINTENANCE OF WAY EQUIPMENT SERVICES, LLC, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Maintenance of Way Equipment Services, LLC, filed a petition for

writ of mandamus challenging the denial of its motion to compel discovery.[1] Shortly

after filing the mandamus petition, relator filed a pleading averring that the matters

---

[1]     The underlying case is *Maintenance of Way Equipment Services, LLC v. Marcus Mukoro*, cause number 20-CCV-067235, pending in the County Court at Law No. 3 of Fort Bend County, Texas, the Honorable Juli Mathew presiding.

raised in the petition were rendered moot by subsequent orders issued by the trial court. Accordingly, we dismiss this original proceeding as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Rivas-Molloy, and Farris.